# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

Charles S. Donovan
415.774.2994 direct
cdonovan@sheppardmullin.com

File Number: 06LT-136141

May 15, 2014

**Via CM/ECF**
Clerk of Court
United States Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   No. 14-1431, APL Co. v. Kemira Water Solutions, Inc.

Dear Sir/Madam:

In accordance with Second Circuit Local Rule 31.2, Appellants request that the deadline for filing their principal brief and appendix be set for August 8, 2014. That date is within 91 days of the "ready date," as required by Second Circuit Local Rule 31.2(a)(1)(A).

Very truly yours,

/s/ *Charles S. Donovan*
Charles S. Donovan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:423823044.1

cc: counsel of record via CM/ECF