UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand and fourteen,

_____

| | |
|---|---|
| APL CO. PTE. LTD., Britannia Steam Ship Insurance Association Limited, West of England Ship Owners Mutual Insurance Association, (Luxembourg), | **ORDER**<br>Docket No. 14-1178, 14-1431 |

       Plaintiffs - Appellees - Cross-Appellants,

v.

Kemira Water Solutions, Inc., FKA Kemiron Companies,

       Defendant - Appellant - Cross-Appellee,

Fairyland Envitech Co., Ltd.,

       Defendant - Cross-Appellee.

_____

    The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to Local Rule 42.1.

    The stipulation is hereby "So Ordered".

                                    For The Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

